United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE CRUZ GARCIA PESCADOR, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-02222 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| GRANT DICKEY, *et al*, Respondents. | § § | |

### FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons and on the terms stated in the Order entered this same date.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on ___May 20, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge